AO 121 (6/90)

| TO:<br><br>**Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION          ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Central District of California |
|---|---|
| DOCKET NO.<br>2:18-cv-01818 | DATE FILED<br>3/6/2018 | |

| PLAINTIFF<br>GARIMA DHAWAN, an individual, | DEFENDANT<br>AMERICAN GREETINGS CORPORATION, an Ohio corporation; PRGCO, LLC, an Ohio limited liability company dba Papyrus; PAPYRUS-RECYCLED GREETINGS, INC. , an Illinois corporation, et al. |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  VA 2-084-871-029 | Fiesta 1 | Garima Dhawan |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

TRANSFERRED TO USDC NORTHERN OHIO

| COPY ATTACHED<br>☑ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☑ No | DATE RENDERED<br>6/8/2018 |
|---|---|---|
| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE |

**DISTRIBUTION:**

1) Upon initiation of action,
   mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights

3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
MARK S. EISEN (SBN 289009)
meisen@beneschlaw.com
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone:  312.212.4949
Facsimile:   312.767.9192                          JS-6

Attorneys for American Greetings
Corporation PRGCO, LLC, Papyrus-Recycled
Greetings, Inc. and Target Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GARIMA DHAWAN,<br><br>                                Plaintiff,<br><br>        v.<br><br>AMERICAN GREETINGS CORPORATION, an Ohio corporation; PRGCO, LLC, an Ohio limited liability company; PAPYRUS-RECYCLED GREETINGS, INC., an Illinois corporation; TARGET CORPORATION, a Minnesota corporation; and DOES 1-10, inclusive,<br><br>                                Defendants. | Case No. 2:18-cv-01818-ODW-GJS<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO AND EXTEND ANSWER DEADLINE**<br><br>Judge:        Otis D. Wright II |

Plaintiff Garima Dhawan ("Plaintiff") and Defendants American Greetings Corporation PRGCO, LLC, Papyrus-Recycled Greetings, Inc. and Target Corporation ("Defendants") requested, by stipulation, to transfer this matter from the United States District Court for the Central District of California to the United States District Court for the Northern District of Ohio, Eastern Division, Cleveland Branch.

1

1

2

3        The Parties further stipulated to allow Defendants an additional fourteen

4    days to respond or otherwise plead, through June 22, 2018.

5        The Court has reviewed the stipulated request and rules as follows:

6        The stipulated request is hereby GRANTED.  This matter is transferred to

7    the United States District Court for the Northern District of Ohio, Eastern Division,

8    Cleveland Branch.  The Clerk is directed to transfer this case.  Defendants shall

9    have until June 22, 2018 to respond or otherwise plead to the complaint.

10        IT IS SO ORDERED.

11

12

13    DATED: June 8, 2018          By: _____

14                                 Hon. Otis D. Wright II
                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2